**United States Bankruptcy Court**
**WESTERN DISTRICT OF TENNESSEE**
**CHAPTER 13 PLAN**

In Re: FLORENCE GRAY BLEVINS                                   Chapter 13

Debtor(s)

DEBTOR(S):  Florence Gray Blevins                              S.S.# XXX-XX-5192
                                                               S.S.# XXX-XX-

ADDRESS:   3346 Dawnridge Dr.
           Memphis, TN 38118

PLAN PAYMENT: Debtor(s) to pay  **$95.00**           **MONTHLY**

PAYROLL DEDUCTION   ( ) OR DIRECT (X) BECAUSE: Debtor receives Unemployment.

EMPLOYER:

                                                            1ST PMT:

ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY PLAN PMT.

AUTO INSURANCE: ( ____ ) Not included in Plan ( ____ ) Included in Plan

CHILD SUPPORT: Future support through Plan to _____

        Child support arrearage amount _____

HOME MORTGAGE: If no arrearage, ongoing payments are to be made directly by the debtor(s).

FCI Lender Services – Loss Mitigation   Ongoing pmt. begins _____ 2014

        Approx. arrearage _____  Interest _____ %

_____   Ongoing pmt. begins _____ 2014

        Approx. arrearage _____  Interest _____ %

SECURED CREDITORS: Adequate protection payment will be 1/4 (25%) of proposed creditor monthly payment.
(retain lien 11 U.S.C. §1325(a)(5))

| | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| Shelby County Trustee | $632.00 | 12.0 % | $15.00 |
| City of Memphis Treasurer | $492.00 | 12.0 % | $12.00 |
| | | % | |

UNSECURED CREDITORS: Pay  TBD % of these claims after above claims are paid or pay all disposable income for term of plan;
ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: $16,875.45
TERMINATION: Plan shall terminate upon payment of the above, approximately  60  months.

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED
ACCEPTANCE OF PLAN.