# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TENNESSEE

In re:   FLORENCE GRAY BLEVINS                                              Case No. 15-20113-L

Debtor                                                                       Chapter 13

_____

MOTION TO APPROVE LOAN MODIFICATION, *EXPEDITED HEARING REQUESTED*
_____

Comes now the debtor, by and through counsel of record, and for this Motion states:

1. The debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on January 6, 2013.

2. The debtor included FCI Lender Services as a secured creditor in her original petition. FCI Lender Services holds a mortgage on the debtor's principal residence located at 3346 Dawnridge Dr in Memphis, TN 38118.

3. The mortgage is to be paid direct outside the debtor's plan for the ongoing and arrearage payments.

4. The debtor has been in contact with the mortgage lender to modify the terms of the note to provide a lower interest rate and lower the monthly payment on the mortgage.

5. The debtor proposes that the Court enter an order approving the modification and to modify the terms of the debtor's Chapter 13 plan.

WHEREFORE, the debtor moves the Court to approve the modification with FCI Lender Services and modify the debtor's plan.

.

Respectfully Submitted,

/s/ Herbert Hurst
Herbert Hurst       18721
Hurst Law Firm, P. A.
Attorney for Debtor(s)
P. O. Box 41497
Memphis, TN   38174-1497
(901) 725-1000

## CERTIFICATE OF SERVICE

The undersigned party, attorney for party, or agent therefore, hereby certifies that on or before the 19th day of February, 2015, copies of the above document were electronically mailed, mailed via the United States Postal Service, or hand delivered to the parties listed.

/s/ Joshua Kirk
Joshua Kirk, Paralegal
Hurst Law Firm, P. A.
Attorney for Debtor
P. O. Box 41497
Memphis, TN  38174-1497
(901) 725-1000

NAMES AND ADDRESSES OF ENTITIES SERVED:

Debtor(s)

Chapter 13 Case Trustee

FCI Lender Services, Inc.
POB 27370
Anaheim, CA 92809